IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANGELA FAULHABER, § § Plaintiff § § v. § § EQUIFAX INFORMATION § SERVICES, INC., § and § JPMORGAN CHASE BANK, § N.A. § § Defendants. § | Civil Action No. 4:21-cv-00140-ALM  Jury Trial Demanded |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. #42). The Court finds the Stipulation should be and hereby is accepted by the Court.

It is therefore ORDERED that all of Plaintiff's claims in this matter are hereby dismissed with Prejudice as to JPMorgan Chase Bank, N.A., with both parties to bear their own attorney's fees and costs incurred in this action. The Clerk is directed to terminate only JPMorgan Chase Bank, N.A. as a part to this case.

IT IS SO ORDERED.

SIGNED this 25th day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE