IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANGELA FAULHABER,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br>and<br>JPMORGAN CHASE BANK,<br>N.A.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:21-cv-00140<br>           Jury Trial Demanded |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice.  The Court finds that the parties' Joint Stipulation should be and  hereby is accepted by the Court.

It is therefore ORDERED that all the Plaintiff's claims in this matter are hereby dismissed with prejudice as to Equifax Information Services, LLC, with both parties to bear their own attorney's fees and costs incurred in this action.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 6th day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE